STATE EX REL. RUSSELL v. CITY OF NEW ORLEANS

(October 31, 1927. Opinion and Decree.)

(The motion to dismiss in this case is in Advance Reports No. 13, page 114.)

For syllabus see Bahn et al. vs. City of New Orleans, 163 La. 777, 112 So. 718. See also 5 La. App. 114.

Appeal from First City Court, Division "B". Hon. Val J. Stentz, Judge.

Action by State ex rel. Thomas A. Russell against City of New Orleans.

There was judgment for plaintiff and defendant appealed.

Judgment reversed.

E. M. Heath, H. A. Moise, E. W. Brodtman, of New Orleans, attorneys for plaintiff, appellee.

Joseph Carroll, F. P. Burns, of New Orleans, attorneys for defendant, appellant.

WESTERFIELD, J. The issue presented by this appeal has been determined adversely to appellee in the case of Bahns et al. vs. City of New Orleans, 163 La. 777, 112 So. 718; State ex rel. Russell vs. New Orleans. (See also 5 La. App. 114.)

The judgment appealed from is reversed and it is now ordered that there be judgment in defendant's favor dismissing the plaintiff's suit.